# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARKEL INSURANCE COMPANY,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *   Civil Action No. 1:24-CV-228 |
| | * |
| **ATOZ TECH, LLC and MARGARET LEE,** | * |
| | * |
| **Defendants.** | * |

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL L.R. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1, Defendant AtoZ Tech, LLC, makes the following disclosure(s):

    1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, either (i) identify any parent corporation and any publicly held corporation owning 10% or more of its stock or (ii) state there is no such corporation: <u>NONE.</u>

    2.    If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the names and citizenships of all members or partners of that entity. *See, e.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).]: <u>Ricky Paik, Alabama.</u>

    3.    To the extent not otherwise disclosed above, if the filer is a nongovernmental artificial entity appearing as a party or an amicus curiae, identify all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities: <u>NONE.</u>

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and that I will amend this Disclosure Statement promptly upon learning of any relevant changes or corrections.

                                          */s/ Jane L. Calamusa*
                                          Jane L. Calamusa
                                          Chandler N. Williams
                                          Attorneys for Defendant AtoZ Tech, LLC

OF COUNSEL:

ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200 (35401)
Post Office Box 2727
Tuscaloosa, Alabama 35403
Telephone: (205) 344-5000
Facsimile: (205) 758-8358
Email: jcalamusa@rosenharwood.com
          cwilliams@rosenharwood.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of September, 2024, I electronically filed the foregoing via CM/ECF, which will send electronic notification of such filing to the following:

      Grady "Bo" Williams IV (bo.williams@phelps.com)
      Attorney for Plaintiff

      William Shreve, Jr. (william.shreve@phelps.com)
      Attorney for Plaintiff

      I hereby certify that on the 4th day of September, 2024, I mailed by United States Postal Service a copy of the foregoing document to the following non-CM/ECF participant:

      Margaret Lee
      1524 Kayser Street
      Selma, AL  36701-5238

                                          */s/ Jane L. Calamusa*
                                          Jane L. Calamusa (CALAJ5640)