**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MARKEL INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 1:24-00228-JB-B** |
| | ) |
| **ATOZ TECH, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT

In accordance with the Order entered March 30, 2026 (Doc. 46), it is **ORDERED, ADJUDGED**, and **DECREED** that Judgment is entered in favor of Defendant ATOZ Tech, LLC and against Plaintiff Markel Insurance Company.

**DONE and ORDERED** this 30th day of March, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE